UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LOWELL STATON,

    Plaintiff,

v.                                                                    Case No.3:11-cv-1142-J-12JRK

PRO QUALITY CONCRETE, INC., etc.,
and ROBERT P. NAPIER,

    Defendants.

_____

# ORDER

This cause is before the Court on Defendant Robert P. Napier's pro se letter Motion
to Dismiss (Doc. 21), filed June 8, 2012. Plaintiff's response in opposition (Doc. 22) was
filed June 12, 2012.

Defendant Robert P. Napier seeks dismissal on the merits of the claims against him
for failure to pay overtime wages stating that he has documentation to establish that he has
paid Plaintiff overtime wages. As Plaintiff points out, Defendant Robert P. Napier is not
attacking the sufficiency of the claims against him as stated in the Complaint (Doc. 1), but
prematurely seeks a ruling on the merits of those claim without providing evidence other
than his own statement. The relief sought by Defendant Robert P. Napier is more
appropriately sought by filing a motion for summary judgment pursuant to Fed.R.Civ.P. 56,
which requires among other things that alleged undisputed factual assertions be supported
by record evidence. Dismissal on the merits is not proper at this stage of the proceedings
on the sole basis of the statements provided by Defendant Robert P. Napier in his motion
to dismiss. Accordingly, upon review of the matter, it is

**ORDERED AND ADJUDGED:**

That Defendant Robert P. Napier's pro se letter Motion to Dismiss (Doc. 21) is denied.

**DONE AND ORDERED** this __20th__ day of June 2012.

_Howell W. Melton_
SENIOR U.S. DISTRICT JUDGE

c:

Counsel of Record

Defendant, pro se