UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LOWELL STATON,

    Plaintiff,

    v.                                      Case No.3:11-cv-1142-J-12JRK

PRO QUALITY CONCRETE, INC., etc.,
and ROBERT P. NAPIER,

    Defendants.

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. 25) of the United States Magistrate Judge, filed August 2, 2012, recommending that Plaintiff's Renewed Motion for Entry of Default Judgment and Incorporated Memorandum of Law Against Defendant, Pro Quality Concrete, Inc. (Doc. 19) be denied without prejudice.

As of the date of this Order, neither party has filed an objection to the Report and Recommendation within the fourteen (14) day objection period. As a result, each party is barred from a de novo review of the issues contained therein by this Court, and from attacking factual findings on appeal. See 28 U.S.C. §636(b)(1); Fed.R.Civ.P 72(b); and M.D.Fla.R. 6.02(a).

The Court also notes that on July 9, 2012, Plaintiff's Notice of Non-Compliance with Local Rule (Doc. 24) was filed, advising the Court that Plaintiff's attorney and pro se Defendant Robert P. Napier conducted a Case Management Conference in accordance with Local Rules, but that despite numerous inquiries, Defendant Napier has failed to execute or communicate further regarding the Case Management Report prepared by Plaintiff's attorney in accordance with the parties' agreement at the Case Management

Conference. Presumably for this reason, as of the date of this Order, the parties have not filed a Case Management Report. Accordingly, upon review of the matter, it is

**ORDERED AND ADJUDGED**:

1. That the Court hereby adopts the Report and Recommendation of the United States Magistrate Judge (Doc. 25);

2. That Plaintiff's Renewed Motion for Entry of Default Judgment and Incorporated Memorandum of Law Against Defendant, Pro Quality Concrete, Inc. (Doc. 19) is denied without prejudice;

3. That counsel for Plaintiff again shall attempt to confer with pro se Defendant Robert P. Napier in an effort to execute and file a joint Case Management Report in accordance with Local Rule 3.05 no later than **September 14, 2012**. If counsel for Plaintiff is unable to obtain Defendant Robert P. Napier's approval of and signature on a Joint Case Management Report by that date, Plaintiff's counsel should so advise the Court and the Court will refer the matter to the United States Magistrate Judge for a Preliminary Pretrial Conference; and

4. The Clerk shall mail to pro se Defendant Robert P. Napier an additional copy of the Court's Order (Doc. 18), advising him of his duty to abide by the rules and orders of the Court or be subject to possible sanctions.

**DONE AND ORDERED** this 29th day of August 2012.

Howell W. Melton
Senior United States District Judge

c:
Hon. James R. Klindt
United States Magistrate Judge

Counsel of Record

Defendant Robert P. Napier, pro se

Defendant Pro Quality Concrete, Inc., unrepresented corporate party